**[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1215.]**

COLLINS ET AL., APPELLANTS, *v.* DOWN RIVER SPECIALTIES, INC. ET AL., APPELLEES.

[Cite as *Collins v. Down River Specialties, Inc.*, 1999-Ohio-407.]

*Appeal dismissed as improvidently allowed.*

(Nos. 98-1099 and 98-1107—Submitted April 13, 1999—Decided May 26, 1999.)

APPEALS from the Court of Appeals for Cuyahoga County, Nos. 70840 and 70842.

————————————

*McLaughlin & McCaffrey, L.L.P., Patrick M. McLaughlin* and *John F. McCaffrey*, for appellant Gertrude Collins.

*Jeffries, Kube, Forrest & Monteleone Co., L.P.A.,* and *David A. Forrest*, for appellant Kenneth Wilkerson.

*Stanley S. Keller* and *Brian D. Spitz*, for appellees.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

————————————